997 A.2d 328

Robert DAVIS, Petitioner

v.

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS, Respondent.

No. 21 EM 2010.

Supreme Court of Pennsylvania.

June 28, 2010.

## ORDER

PER CURIAM.

AND NOW, this 28th day of June, 2010, the Application for Leave to File Original Process is GRANTED, and the "Appli-

cation for Writ of Mandamus 16:12 and/or Extraordinary Relief" is **DENIED.**